AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB - 5 2020

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isaias CASTILLO-Gutierrez   YOB: 1998 | ) | Case No. M-20-322-M |
| Jesus Salvador MUZQUIZ-Becerra  YOB: 1987 | ) | |
| Citizenship: Mexico | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 4, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii), 8 U.S.C § 1324(a)(1)(A)(iii) | Knowing and in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law and did knowingly conspire with others, known and unknown, conceals, transports, harbors, or shields from detection, or attempts to conceal, harbor, transport, or shield from detection, such alien in any place, including any building or any means of transportation or otherwise in furtherance of such violation. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved AUSA M\_\_\_\_\_ M\_\_\_\_\_
2/5/20

_____
Complainant's signature

Ryan McTaggart, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: Feb. 5, 2020 8:31 am

_____
Judge's signature

City and state: McAllen, Texas

United States Magistrate Judge Peter E. Ormby
Printed name and title

Attachment "A"

On February 4, 2020, United States Border Patrol (USBP) Agents conducting surveillance of a residence suspected of harboring undocumented aliens (UDAs) observed a vehicle departing from the location. A short time later, a Hidalgo County Constables unit conducted a traffic stop on the vehicle after observing a motor vehicle violation.

USBP Agents and the Constable approached the vehicle and identified the driver of the vehicle as Jesus Salvador MUZQUIZ-Becerra and the passenger of the vehicle as Isaias CASTILLO-Gutierrez.

USBP Agents questioned the additional passengers inside the vehicle, which included Victor Alexi PENA and Denis Aide VILLEDA-Fuentes and determined them to be present in the United States without any valid immigration documents which would allow them to enter or remain in the United States legally.

During the traffic stop, CASTILLO-Gutierrez stated CASTILLO-Gutierrez had additional UDAs at CASTILLO-Gutierrez residence located in Mission, Texas, and gave USBP Agents consent to search the residence located in Mission, Texas.

At the residence, USBP Agents encountered an additional six (6) individuals and determined all six (6) of the individuals to be present in the United States without any valid immigration documents which would allow them to enter or remain in the United States legally.

At the USBP Station all of the subjects encountered during the traffic stop and the consent search of the residence in Mission, Texas, including MUZQUIZ-Becerra, who was determined to be a citizen of Mexico, CASTILLO-Gutierrez, who was determined to be a citizen of Mexico, PENA, who was determined to be a citizen of Honduras, and VILLEDA-Fuentes, who was determined to be a citizen of Honduras, were determined to be present in the United States without any valid immigration documents which would allow them to enter or remain in the United States legally.

During a post Miranda warning statement, the passenger, CASTILLO-Gutierrez, stated CASTILLO-Gutierrez had agreed to hold the UDAs at CASTILLO-Gutierrez residence until the UDAs were ready to be transported and CASTILLO-Gutierrez was to receive payment for taking care of the UDAs. In addition, CASTILLO-Gutierrez stated CASTILLO-Gutierrez had agreed to transport the UDAs for an individual in Mexico and was to receive payment for smuggling the aliens and recruited MUZQUIZ-Becerra to drive the vehicle used to transport the UDAs.

On February 4, 2020, USBP Agents interviewed Victor Alexi PENA, one of the UDAs arrested with CASTILLO-Gutierrez and MUZQUIZ-Becerra, and a citizen of Honduras illegally present in the United States. PENA was shown a photographic line-up consisting of six (6) persons with similar appearances and PENA identified the photograph of MUZQUIZ-Becerra as the driver of the vehicle. PENA was shown a separate photographic line-up consisting of six (6) persons with similar appearances and PENA identified the photograph of CASTILLO-Gutierrez as the care taker of the residence where PENA stayed after illegally entering the United States.

On February 4, 2020, USBP Agents interviewed Denis Aide VILLEDA-Fuentes, one of the UDAs arrested with CASTILLO-Gutierrez and MUZQUIZ-Becerra, and a citizen of Honduras

Attachment "A"

illegally present in the United States. VILLEDA-Fuentes was shown a photographic line-up consisting of six (6) persons with similar appearances and VILLEDA-Fuentes identified the photograph of CASTILLO-Gutierrez as the care taker of the residence where VILLEDA-Fuentes stayed after illegally entering the United States.

Both PENA and VILLEDA-Fuentes are undocumented aliens and will be used as Material Witnesses to this case.